IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Abdu-Latif Kazembe Abu-Nantambu-El, Plaintiff

v.

Warden Sterling Correctional facility, Mr. Long,

Major Dorsey, FNU, sterling facility,

Captain Barnes, FNU, sterling facility,

"See Attachment" additional List of Defendants, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

### PRISONER COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## Additional Defendants (page 2)

4) Capt. (Name unknown) Housing Captain for units 3 and 4, Sterling Facility
5) LT. Peil   Investigator for sterling facility.   FNU
6) LT. Custer   Housing LT. for unit 4, sterling facility   FNU
7) Case Manager Mrs. Coonrod-Brown Sterling facility   FNU
8) Sgt. Bedsaul Housing Sgt. for unit 4, sterling facility   FNU
9) Officer Walter Housing CO for unit 4, sterling facility   FNU
10) Officer (Name Unknown) Housing CO for unit 4, sterling   FNU
11) Officer (Name Unknown) Housing CO unit 4, sterling
12) Medical Doctor and Provider, Doctor Reinhart, sterling   FNU
13) Correctional Officers Present in unit 4, on February 11, 2020
14) Criminal Investigator (Name unknown) sterling facility
15) Case Manager II, Mr Dick (FNU) sterling facility

ALL Listed Defendants are being sued in their individually and in their official Capacity. and at all times mentioned in this complaint each defendant acted under the color of state Law. As Correctional officers and administrators

Defendant No.#7 was a Case Manager, Mrs Coonrood-Brown
Defendant No.#15 was a Case Manager Supervisor Mr. Dick
Defendant No.#12 was the Medical Doctor who treated me, Mr Reinhart

## The complete Mailing Address for all Defendants:

P.O. Box 6000 sterling, Colorado. 80751 / 12101 Colorado-61 sterling, Colorado 80751

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Abdu-Latif Kazembe Abu-Nantambu-EL #58076, P.O. Box 999, FCF, Canon City, Colorado 81215
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Mr Long (FNU) Warden, sterling facility,
(Name, job title, and complete mailing address)

P.O. Box 6000, Sterling, Colorado 80751 / 12101 Colorado-61, Sterling

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Warden Long (FNU) was warden of the sterling Correctional facility, Legally responsible for operation of prison and welfare of all inmates at that Prison. and staff training, oversight and their adhearance to all Law, policies & procedure

Defendant 1 is being sued in (his)/her _X_ individual and/or _X_ official capacity.
( In these capacities at all times mentioned in this complaint )

2

Defendant 2: <u>Mrs. Dorsey (FNU) Programs and Housing Major, sterling facility</u>
(Name, job title, and complete mailing address)

<u>P.O. Box 6000 sterling, Colo. 80751 / 12101 Colorado-61, sterling, Colo. 80751</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

<u>Major Dorsey was the programs and housing Major and in charge of all housing, programs and issues and problems concerning the LGBTQ Community and ADA inmates at sterling facility</u>

Defendant 2 is being sued in his/(her) _X_ individual and/or _X_ official capacity.

Defendant 3: <u>Mr Barnes (FNU) Housing Captain, sterling facility,</u>
(Name, job title, and complete mailing address)
<u>P.O. Box 6000, sterling, Colo 80751 / 12101 Colorado-61 sterling, Co. 80751</u>
~~Capt Barnes~~

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

<u>Capt Barnes was housing Capt for unit 4 during begining of this violation of my Constitutional rights and incidents, before being replaced by defendant #5</u>

Defendant 3 is being sued in (his)/her _X_ individual and/or _X_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_X_ Other: (*please identify*) <u>42 U.S.C. § 2000</u>

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: "FAILURE TO PROTECT", IN VIOLATION OF 8th AMENDMENT AND 5th AMENDMENT TO UNITED STATES CONSTITUTIONS AND FALSE IMPRISONMENT

Supporting facts: Sterling Correctional Facility, Warden Long, Administration and staff Defendants No#15 Case manager II Mr Dick, No#7 Case Manager Coonrod-Brown and No. 5 LT. PEIL, Investigator, for SCF, all violated my 5th and 8th Amendments rights by wrongfully and Illegally holding Mr Abdu-Latif Abu-Nantambu-EL for 51 days in close security, high security, dangerous confinement, after the Colorado Supreme Court vacated all the plantiff's felony convictions and sentences to the CDOC, vacated and mandated his release in Supreme Court case No# 18SC44/454 P.3d 1044, on Dec 23 2019. but defendants held him untill February 14th, 2020 (51 days) Mr Abu-Nantambu-EL (here after refered to as "Plaintiff") was aware of the Supreme Court decision and mandate vacating "all" his convictions and sentences and ordering his release from the CDOC, and also aware of this wrongful, illegal confinement and restraint upon his liberty and personally informed CM II Dick and CM Coonrod-Brown, as well as Warden Long by "Request for Interview" (known as a "Kite") that I was being Illegally held in prison at SCF. And all these notification, Requests and Kites, requesting my release were maliciously laughed at, ignored and not acted upon, nothing done period. with deliberate indifference. Plaintiff also had his appeallate attorney Mrs Gail Johnson of Johnson and Klein Law, repeatedly call these SCF Admin. defendants above, and inform them that Plaintiff's criminal convictions and sentences had all been vacated and a Supreme Court Mandate issued for his release from Custody. and Mrs Johnson repeatedly advocated for his release. Warden Long, CM II Dick and CM Coonrod-Brown all rejected this and with negligence and deliberate indifference denied this and his release, with no due process, investigation or process period. And inspite of all the Plaintiff's expressions of non consent, to being being denied court ordered release, freedom and to being illegally held, and informing them of this, and CDOC and SCF no Longer had any Lawful custody over plaintiff. The above named defendants continually refused to release Plaintiff, leaving him in prison, in a dangerous close custody unit, where Plaintiff had previously informed them that his life was threatened and in danger, for 51 days past the court mandate for his release, which ultimately resulted in Plaintiff being assaulted and stabbed 10 times by inmate Joshua Cummings, a known violent, aggressive offender and proclaimed member of the ISIS Islamic Terrorist Group, and whom the Plaintiff had informed defendants 7 days prior, that he had threaten to kill him because Plaintiff was a Muslim believer, but also LGBTQ.

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Don't have that info at this time, over 20 years ago

Docket number and court: _____, 10th district, U.S.

Claims raised: unlawful conditions of confinement

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Dismissed

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: Not Appealed

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes _X_ No (*check one*) "Please see reasons below"

✱ 3 days after this incident, I was discharged completely from the Department of Corrections by Colorado Supreme Court Mandate, for a New Trial, In case number No# 18SC44, 454 P3d.1044 And was not allowed or given oppertunity to file grievances or exhaust any administrative remedies.
  I was sent back to Jefferson County as a "Pre-Trial Detainee" and not an D.O.C. inmate. Was re incarcerated pursuat to a Plea Agreement, after a new trial and a mistrial/hung jury on 2nd trial. But I am in compliance with all procedures and rules of exhaustion

### G.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* A) "Compensatory Damages" amount of 1,000,000.00 (One Million dollars) for physical injury, pain, suffering, medical bills due, ongoing complications due to physical injuries and loss of hearing after stabbing in head and left ear. Mental and emotional injury and trauma, suffered before and after attack, as well as Plaintiffs increased and ongoing trauma, stress and anxiety, both long-term and short-term. Because all injuries and their long term effects and need medical treatment have not fully manifested, damages are not are not fully ascertainable and are continuing to accrue.
B) "Punitive-Damages" amount of $100,000.00 (One Hundred Thousand) Each defendant listed as No.s # 1 thru 13, for their actions and inactions, motovated and done with malicious intent, after forethought and being previously informed and notified of threats to me and risks of physical harm and its seriousness and refused to act respond nor protect me from physical harm and being stabbed 10 times. Extreme physical injury and for having an institutionalized pattern and practice of indifference and routinely looking away and failing to act, allowing attacker out of cell in unauthorized area and time, to physically attack me with reckless and callous indifference to my rights, health, safety, all in violation of state and U.S. Constitutions, laws, as well as DOC policies and procedures.
"PLEASE SEE ADDITIONAL PAGE ATTACHED, REGARDING REQUEST FOR RELIEF"

### H.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Abdul-Latif Kazambe Abu-Nantambu-El
(Plaintiff's signature)

February 9th, 2022
(Date)

(Form Revised December 2017)

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil action Number _____

I as Plaintiff, Mr Abdu-Latif Abu-Nantambu-EL, due to time restraints, lack of ability to get to facility Law Library for Complaint preparation and associated matters, due to the COVID epidemic and Law Library closure.

I humbly request Leave to file and "AMENDED COMPLAINT" Prior to any response by the defendants.

Additionally, I request Leave to also submit to the court "DECLARATIONS" To present additional facts in support of my Complaint herein enclosed.

Dated and done the 8th day of February 2022

Respectfully Submitted by:

_Abdu-Latif Kazembe Abu-Nantambu-El_
Abdu-Latif Kazembe Abu-Nantambu-El
Register Number #58076
P.O. Box 999 * FCF
unit 3
Canon City, Colorado 81215